**Order filed September 23, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00840-CR
_____

**PABLO MALDONADO DEHOYOS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 461st District Court
Brazoria County, Texas
Trial Court Cause No. 84155-CR**

## O R D E R

On December 6, 2019, Judge Patrick Bulanek ordered the Brazoria County District Clerk to transport a trial exhibit contained on a USB Thumb Drive to the 14th Court of Appeals upon request.

Accordingly, the district clerk is ordered to file a playable version of **State's Exhibit No. 5** as soon as practicable but no later than **Thursday, October 1, 2020**.

PER CURIAM